**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0249-20

MONICA ROSE,

     Plaintiff-Respondent,

v.

BAYER CORPORATION,

     Defendant-Appellant.

_____

Submitted April 13, 2021 – Decided April 23, 2021

Before Judges Fisher, Gilson and Moynihan.

On appeal before the Superior Court of New Jersey, Law Division, Morris County, Docket No. L-0265-20.

DLA Piper LLP and Erika L. Maley and Christopher A. Eiswerth (Sidley Austin LLP) of the Washington, DC bar, admitted pro hac vice, attorneys for appellant (B. John Pendleton, Jr., of counsel and on the brief; Kristin A. Pacio, Erika L. Maley and Christopher A. Eiswerth, on the brief).

Mazie Slater Katz & Freeman, LLC, attorneys for respondent (Adam M. Slater, of counsel and on the brief; Christopher Geddis, on the brief).

PER CURIAM

The court being advised by the parties in the above matter that the issues in dispute have been amicably resolved, the appeal is accordingly dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2